UNITED STATES BANKRUPTCY COURTT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 05-38269-BKC-EPK
IN RE:                                      PROCEEDING UNDER CHAPTER 13

DENIS ALBERT LESSARD
XXX-XX-2346

DEBTOR                  /

**NOTICE OF DEPOSIT OF FUNDS WITH
THE U.S. BANKRUPTCY COURT CLERK**

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of $6.61 remaining in her bank account which represents unpresented checks drawn and mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above-named case. The Trustee has made a good-faith effort to verify the correct mailing address for said entitiies and to deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment.

Attached and made a part of this notice, is a list, pursuant to Bankruptcy Rule 3001, of the names, claim numbers and addresses of the claimants and the amounts to which each is entitled.

**WHEREFORE**, the Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing this estate.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk was mailed to the parties listed on the attached service list this 7th day of April, 2011.

                                                 ROBIN R. WEINER, ESQUIRE
                                                STANDING CHAPTER 13 TRUSTEE
                                                P.O. BOX 559007
                                                FORT LAUDERDALE, FL 33355-9007
                                                FLORIDA BAR NO. 861154

COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

P A I D
134868

**SERVICE LIST**

DEBTOR
DENIS ALBERT LESSARD
630 FLAGER BLVD
LAKE PARK, FL 33403

ATTORNEY FOR DEBTOR
BRIAN J. COHEN, ESQUIRE
THE COHEN LAW FIRM, PA
1700 UNIVERSITY DR, SUITE 210
CORAL SPRINGS, FL 33071

ATTACHMENT

**NOTICE OF DEPOSIT OF FUNDS WITH U.S. BANKRUPTCY COURT CLERK**

<u>**Attachment - Listing of Claimant**</u>

Case Number:   05-38269-BKC-EPK

Creditor No.:  570427

Claimant:      JEFFREY WENGER MD
               P O BOX 32368
               PALM BEACH GARDENS. FL 33420